```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
UNITED STATES OF AMERICA


     - against -                              18 Cr. 839 (DAB)
                                                   ORDER

Anthony Neville

          Defendant.
---------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

    The Status Conference in the above captioned case is scheduled for Tuesday, December 18, 2018 at 2:30 PM.

SO ORDERED

DATED:   New York, New York
           November 27, 2018

                                      *[signature]*
                                  Deborah A. Batts
                           United States District Judge