```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
UNITED STATES OF AMERICA


     - against -                              18 Cr. 839 (DAB)
                                                   ORDER

Anthony Neville

          Defendant.
--------------------------------------X
DEBORAH A. BATTS, United States District Judge.
```

The Sentencing in the above captioned case that was scheduled for Tuesday, January 28, 2020 at 11:00 AM is rescheduled to Thursday, January 9, 2020 at 3:00 PM.

SO ORDERED

DATED:   New York, New York
         November 25, 2019

*Deborah A. Batts* (signature)
Deborah A. Batts
United States District Judge